B. Vasaldúa & Co., promovente y apelante, *v.* Corte Municipal de San Juan, Sección Primera, Hon Manuel Gaetán Barbosa, demandada; Plaza Provision Co., interventora y apelada.

No. 5653.—*Sometido:* Diciembre 8, 1931. *Resuelto:* Julio 29, 1932.

*Largé & Acevedo*, abogados de la apelante; *Carlos J. Torres*, abogado de la interventora apelada.

El Juez Asociado Señor Wolf, emitió la opinión del tribunal.

La dificultad fundamental en este caso fué que la Plaza Provision Co. en vez de demandar a un supuesto deudor por su verdadero nombre, instituyó el procedimiento en la corte municipal contra el Colmado Santa Teresita. Se embargaron bienes y B. Vasaldúa & Co. intervino para recobrar los mismos. La corte municipal resolvió que había habido una comparecencia y en su consecuencia una renuncia de falta de

jurisdicción, o una sumisión. No se desprendía claramente que B. Vasaldúa & Co. fuera la persona jurídica que hacía negocios bajo el nombre de Colmado Santa Teresita. La cuantía envuelta era unos $100.

B. Vasaldúa & Co. obtuvo un auto de *certiorari* de la corte de distrito. Ésta posteriormente anuló el auto expedido sustancialmente por los mismos motivos que lo había hecho la corte municipal. Entonces se apeló para ante este tribunal.

No trataremos de decidir si la corte municipal adquirió jurisdicción. Es evidente que con habérsele hecho parte en la demanda incoada por la Plaza Provision Co., B. Vasaldúa & Co. pudo haber apelado. En su consecuencia, aunque estaba envuelta la cuestión de jurisdicción, el auto de *certiorari* en el ejercicio de una sana discreción debió haberse denegado o anularse el auto expedido, toda vez que procedía una apelación.

*Debe confirmarse la sentencia.*